RECEIVED
MAY 1 1 2011
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. 10-cv-1515 |
| VERSUS | JUDGE STAGG |
| WATCO COMPANIES, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that KCS's **Motion to Dismiss (Doc. 26)** is **denied**.

**IT IS FURTHER ORDERED** that KCS is allowed **14 days** from the date of this order to file a waiver of service or answer, and if it does not do so, the EEOC is required to file evidence of formal service on KCS within **14 days thereafter**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 11th day of May, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE