RECEIVED
MAY 1 1 2011
TONY R. MOORE, CLERK
BY _____ DEF ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. 10-cv-1515 |
| VERSUS | JUDGE STAGG |
| WATCO COMPANIES, INC., ET AL | MAGISTRATE JUDGE HORNSBY |

# ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the EEOC's **Motion for Leave to File Amended Complaint (Doc. 14) is granted** and Watco's **Motion to Dismiss (Doc. 6) is denied.**

THUS DONE AND SIGNED at Shreveport, Louisiana, this the __10th__ day of __May__, 2011.

TOM STAGG
UNITED STATES DISTRICT JUDGE